UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                CASE NO: 2:15-cr-2-FtM-38CM

THOMAS DAQUAN DERICHO

## **ORDER**[1]

This matter comes before the Court on sua sponte review of the file. On May 11, 2015, Defendant Cornelius Davon Dericho, by and through his counsel, Assistant Public Defender James Lappan, filed a Motion to Suppress. (Doc. #47). The next day, Defendant Thomas Daquan Dericho, by and through his counsel, Joseph A. Davidow, moved to join Defendant Cornelius Dericho's motion (Doc. #48), which the Court granted (Doc. #49). The undersigned then referred Defendants' motion to suppress to United States Magistrate Judge Carol Mirando, and it was set for hearing.

On June 17, 2015, the parties convened before Judge Mirando to present argument and testimony on Defendants' motion to suppress. (Doc. #50; Doc. #72) According to the clerk's minutes, Assistant United States Attorney Robert Barclift, Defendant Cornelius Dericho, Assistant Public Defender James Lappan, and attorney Joseph Davidow were present at the hearing. (Doc. #72). However, Defendant Thomas Daquan Dericho was not there. (Doc. #72).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

It is well settled that the presence of a defendant at an evidentiary hearing is mandatory when such a hearing is a critical stage in the proceedings.  As such, the Government and counsel for Defendant Thomas Dericho are each directed to file a memorandum of law – citing applicable case law – addressing whether it was proper to proceed with the hearing without Defendant Thomas Dericho being present.  Further, counsel should discuss whether the presence of the defendant can be waived and if Defendant Thomas Dericho properly waived his presence.

Accordingly, it is now

**ORDERED:**

1) The Parties are to submit memoranda and case law on or before **June 25, 2015**, relating to the absence of Defendant Thomas Daquan Dericho at the suppression hearing in order for the Court to determine whether it was appropriate to proceed with the hearing.

2) This issue is committed to Magistrate Judge Carol Mirando to address this Court's concerns as stated in this Order.

3) Judge Mirando should include her findings in the report and recommendation on the motion to suppress.

**DONE AND ORDERED** at Fort Myers, Florida, this June 18, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record