UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:15-cr-2-FtM-38CM

CORNELIUS DAVON DERICHO

### **ORDER**[1]

Before the Court is *pro se* Defendant Cornelius Davon Dericho's Motion for Early Termination of Probation (Doc. 178), and the Government's response (Doc. 181).  For the below reasons, the Court grants the motion.

On February 16, 2016, the Court sentenced Dericho to thirty months of imprisonment and three years of supervised release for aiding and abetting possession with intent to distribute 500 grams or more of cocaine in violation of 21 U.S.C. § 841. (Doc. 161).  He finished his prison sentence and started supervised release in April 2018. His supervised release is set to expire in ten months—April 21, 2021.  Having successfully completed over two years of supervised release, Defendant now asks the Court to terminate that portion of his sentence.  Neither the Government nor United States Probation Office oppose early termination.

Upon considering the factors in 18 U.S.C. § 3553(a), a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is

---

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

warranted by the conduct of the defendant released and in the interest of justice[.]" 18 U.S.C. § 3583(e)(1).

After reviewing the parties' filings and record against the § 3553(a) factors, the Court finds the interest of justice and Defendant's conduct warrant terminating his supervised release early. According to Defendant's probation officer, Defendant has successfully complied with the terms and conditions of supervision with no violations or notices of reprimands to the Court. He has also worked steadily, maintained a stable home, volunteered within his local community, and never had a positive urinalysis test. The Court thus will terminate his supervised release.

Accordingly, it is now

**ORDERED:**

1. Defendant Cornelius Davon Derich's Motion for Early Termination (Doc. 178) is **GRANTED**.

2. Defendant's term of supervision shall terminate at midnight on **June 15, 2020**.

**DONE AND ORDERED** in Fort Myers, Florida on this 12th day of June 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record